IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff, | ) | |
| | ) | No. 20 CR 443 |
| v. | ) | |
| | ) | Judge Robert W. Gettleman |
| JOHN SEIWERT, | ) | |
|     Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR PRETRIAL RELEASE**

NOW COMES Defendant JOHN SEIWERT, by and through his attorney, QUINN A. MICHAELIS, and moves this honorable court to reconsider the order of detention entered on (Doc. No. 8) and in support thereof, states as follows:

1. At his August 4, 2020 detention hearing, Mr. SEIWERT waived without prejudice his right to a detention hearing, and the Court entered an order detaining him (Doc. No. 8.).

2. The pretrial services report prepared for the detention hearing indicated that there are a combination of conditions that would assure his appearance before the court and that would mitigate any danger he posed to the community. At the time of the detention hearing, no one was available to act as a suitable third-party custodian.

3. As of the date of this filing, Mr. SEIWERT's sister, Laurie Seiwert, has agreed to serve as his third-party custodian and agrees to let Mr. SEIWERT live with her at her home.

4. The parties propose to the following conditions of release, in addition to the standard conditions of release,

    a. Ms. Laurie Seiwert to act as third-party custodian, with Mr. SEIWERT living at her home.

b. An order requiring Mr. SEIWERT participate in an in-patient treatment program as directed by pretrial services. At the time of his discharge from that program, whether voluntary or involuntary, Mr. SEIWERT is directed to immediately notify pretrial services and his third-party custodian, and report directly to the third-party custodian's residence.
c. At the conclusion of the in-patient treatment, participate in further substance abuse treatment and mental health treatment as directed by pretrial services.
d. Follow all State of Illinois coronavirus directives including stay at home advisories and orders.

WHEREFORE, Mr. SEIWERT asks the Court to release him from custody pursuant to the above listed conditions, as well as any conditions deemed appropriate by the Court.


Respectfully Submitted,

s/ Quinn A. Michaelis
Quinn A. Michaelis
Attorney for JOHN SEIWERT
73 W. Monroe, Suite 106
Chicago, IL 60603
312-714-6920

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2020, I electronically filed the above

**DEFENDANT'S MOTION FOR PRETRIAL RELEASE**

with the Clerk of Court using the CM/ECF system to all listed parties in the case.

Respectfully Submitted on September 4, 2020.

By His Attorney,

s/ Quinn A. Michaelis

Quinn A. Michaelis
Attorney For John Seiwert
73 W. Monroe, Suite 106
Chicago, Illinois 60603
312-714-6920