# Exhibit A

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: | Investigation Number | Report Number: 47 |
|---|---|---|

## SUMMARY OF EVENT:

**EXECUTED FEDERAL SEARCH WARRANT:** Investigators executed a federal search warrant at the residence located at 8830 Golfview Drive, Orland Park, Illinois 60462.

## NARRATIVE:

1. On July 30, 2020, the Honorable Magistrate Judge M. David Weisman issued a federal warrant to search the residence located at 8830 Golfview Drive, Orland Park, Illinois. Later that same date, at approximately 2:25 PM, investigators from the ATF Chicago Field Division and Midlothian PD executed the warrant, along with assistance from the Dolton PD and Orland Park PD.

2. Upon arrival at the target location, investigators established a secure perimeter and the entry team went to the front door. Agents knocked and announced their presence at the front door. After a reasonable amount of time, there was no answer at the door, so investigators opened the door with tools. Upon opening the door, investigators observed John SEIWERT standing at the top landing of the stairwell moving towards the front room while yelling angrily. SEIWERT was irate, yelling, and flailing his arms. Investigators moved up the stairwell and SA Sargon Macksud observed SEIWERT making furtive movements with his hands towards underneath the sofa area. SEIWERT laid on the floor and SA LaMonte placed him in handcuffs while the remainder of the entry team secured the residence. Investigators located ▓▓▓▓▓▓▓▓▓▓▓▓ in the kitchen, where she was compliant and not placed in handcuffs. Investigators conducted a sweep for additional subjects with negative results. ▓▓▓▓▓▓ and SEIWERT were then escorted outside to the front yard area.

3. A few minutes later, SA LaMonte removed the handcuffs from SEIWERT once he appeared to calm down. SA LaMonte provided him with a copy of the federal search warrant, which he folded and placed in the pocket of his shorts. Investigators repeatedly told SEIWERT and ▓▓▓▓▓▓ that they were not under arrest and free to leave if they wished to. They both acknowledged that they were not under arrest. ▓▓▓▓▓▓ requested investigators retrieve her cigarettes and cell phone from inside the residence. SA LaMonte and Police Officer Jackie Priede walked with ▓▓▓▓▓▓ into the residence. She retrieved a pack of cigarettes from the kitchen freezer and then walked with investigators to the master bedroom to find her cell phone. SA LaMonte asked ▓▓▓▓▓▓ if there were any needles in the room so that he would not be accidentally stuck. ▓▓▓▓▓▓ stated that she had two hypodermic needles located on top the area of the dresser and nightstand, which belonged to her. ▓▓▓▓▓▓ stated her phone number was ▓▓▓▓▓▓. SA LaMonte called that number and located her phone ringing on the master bedroom mattress. SA LaMonte showed that phone to ▓▓▓▓▓▓ and she acknowledged it belonged to her. SA LaMonte held onto the phone and they walked with ▓▓▓▓▓▓ back to

| Prepared by: David LaMonte | Title: Special Agent, Chicago III Field Office | Signature: | Date: 08/05/20 |
|---|---|---|---|
| Authorized by: Jorge A. Rosendo | Title: Group Supervisor, Chicago III Field Office | Signature: Digitally signed by JORGE ROSENDO Date: 2020.08.05 17:07:40 -05'00' | Date: August 5, 2020 |
| Second level reviewer (optional): Kristen E. DeTineo | Title: Special Agent in Charge, Chicago Field Division | Signature: | Date: |


the front yard.

4. SEIWERT requested investigators to retrieve his dog from the residence. He also asked SA LaMonte to retrieve his cell phone from the residence and identified his phone number as ▇▇▇▇▇▇. SA LaMonte called that number and found the phone located on the floor of the upstairs front room nearby where he was originally seen when agents entered the residence. SA LaMonte took possession of the phone.

5. Investigators searched the residence and detached garage within the parameters of the federal search warrant. During the search, investigators seized a large quantity of firearms, ammunition, ammunition reloading equipment, a glass pipe used for smoking narcotics, and other items. Due to the large quantity of items seized, a final inventory of items taken is forthcoming.

6. During the search, investigators located an unidentified two projectiles that was suspected of possibly being explosive devices. Investigators notified the Cook County Bomb Squad, which responded to the scene to identify the items. Sergeant John Barloga inspected the items and determined them to be inert projectile components from World War Two era tank shells. Those items were not seized.

7. During the search, SA LaMonte and Officer Kickert spoke with SEIWERT and ▇▇▇▇, who both agreed to come with them to the police station to be interviewed. SA LaMonte conducted a consent search of SEIWERT and found $600 cash currency in the pocket of his shorts. SEIWERT stated he possessed that money for the purpose of purchasing narcotics that were currently being delivered to the residence by a drug dealer known ▇▇▇▇. Officer Kickert asked SEIWERT if ▇▇ last name began with the letter ▇ at which time SEIWERT stated ▇▇ last name was ▇▇. SEIWERT explained that ▇▇ was currently enroute to sell narcotics to SEIWERT at his residence, but probably would not come now that investigators were there. SEIWERT and ▇▇▇▇ voluntarily sat into the back seat of Officer Kickert's vehicle, an unmarked Midlothian PD caged vehicle, in order to go to the police station for interviews. Neither of them were placed in handcuffs. Prior to placing them in the vehicle, Officer Kickert activated the audio/video recording equipment in that vehicle (see Officer Kickert's report relating to statements made by SEIWERT and ▇▇▇▇ while inside the vehicle). SA LaMonte repeatedly told them that they were not under arrest.

8. Investigators transported SEIWERT and ▇▇▇▇ to the Orland Hills Police Department, 16039 S. 94th Ave, Orland Hills, Illinois, where they were interviewed in an audio/video recorded interview room. The room was adjacent to the public lobby area, where they were allowed to walk freely in and out of the police station. (See subsequent ATF reports of investigation for details relating to the interviews of SEIWERT and ▇▇▇▇.

9. SA Brent Bollenberg spoke with SEIWERT's mother and sister. (See SA Bollenberg's report for details relating to those conversations.)

10. Upon conclusion of the search warrant, investigators secured the residence and departed without further. The following investigators assisted with this operation:

    ATF PERSONNEL: SA David LaMonte, GS Jorge Rosendo, SA Brent Bollenberg, SA Sargon Macksud, SA Euphemia Lee, SA Cory Norton, SA Angelo Salcepuedes, and SA Raymond Morgan;

    MIDLOTHIAN PD PERSONNEL: Tactical Officer Matthew Kickert, Detective John Studlow, Detective Sergeant Adam Thibo, and Detective John Schavone;

    DOLTON PD PERSONNEL: Police Officer Louis Masucci and K9 Koda.