# Exhibit B



# Midlothian Police Department
Officer Report for Incident ███

| | |
|---|---|
| **Nature:** Search Warrant | **Address:** 8830 GOLFVIEW |
| **Location:** | |

**Offense Codes:** 7835
**Received By:** Hoover, L  **How Received:** O  **Agency:** MPD
**Responding Officers:** Kickert,M, Thibo,A, Schavone,J, Studlow,J
**Responsible Officer:** Kickert,M  **Disposition:** ACT 07/30/20
**When Reported:** 14:25:34 07/30/20  **Occurred Between:** 14:25:27 07/30/20 and 14:25:27 07/30/20

| | | |
|---|---|---|
| **Assigned To:** | **Detail:** | **Date Assigned:** \*\*/\*\*/\*\* |
| **Status:** | **Status Date:** \*\*/\*\*/\*\* | **Due Date:** \*\*/\*\*/\*\* |

**Complainant:**
  **Last:**  **First:**  **Mid:**
  **DOB:** \*\*/\*\*/\*\*  **Dr Lic:**  **Address:**
  **Race:**  **Sex:**  **Phone:**  **City:** ,

## Offense Codes
  **Reported:** 7835 Search Warrant  **Observed:**
  **Additional Offense:** 7835 Search Warrant

## Circumstances

**Responding Officers:**  **Unit :**
  Kickert,M
  Thibo,A
  Schavone,J
  Studlow,J

**Responsible Officer:** Kickert,M  **Agency:** MPD
**Received By:** Hoover, L  **Last Radio Log:** 16:20:11 07/30/20 CMPLT
**How Received:** O Officer Report  **Clearance:** ASG Assistance Given
**When Reported:** 14:25:34 07/30/20  **Disposition:** ACT **Date:** 07/30/20
**Judicial Status:**  **Occurred between:** 14:25:27 07/30/20
**Misc Entry:**  **and:** 14:25:27 07/30/20

**Modus Operandi:**  **Description :**  **Method :**

## Involvements

| Date | Type | Description | Relationship |
|---|---|---|---|
| 08/01/20 | Name | ███████ | Other |
| 08/01/20 | Name | SEIWERT, JOHN P | Offender |
| 07/30/20 | Cad Call | 14:25:34 07/30/20 Search Warrant | Initiating Call |
| 08/02/20 | Evidence | (1) Dashcam 10-59 OHPD | Evidence Incident |

## Narrative

On July 30th 2020 at 1425 hours I, Tac. Ofc. Kickert assisted Special Agent LaMonte of the United Stated Bureau of Alcohol Tobacco Firearms & Explosives (ATF), and other ATF agents in executing a search warrant at a residence being 8830 Golfview in Orland Park, IL. The federal search warrant was executed as part of a investigation being conducted by the ATF and Midlothian Police Department. Present from the Midlothian Police Department Was Det. Sgt. Thibo, Det. Schavone, Det. Studlow, and myself. See ATF report for further information regarding the execution of the warrant and items recovered.

Two people were found inside the home when the warrant was executed being the target of the warrant John Seiwert along with a female known to me as ▮▮▮▮▮ ▮▮▮▮▮. Agent LaMonte asked both if they would be willing to speak with us nearby at the Orland Hills Police Department. I was present when Agent LaMonte advised both they were not in hand cuffs, not under arrest, and were free to leave at any time. Both acknowledged they understood they were free to leave and said they were willing to come with us to the Orland Hills Police Department where we could speak in private.

▮▮▮▮▮ got into the rear of my vehicle first on the drivers side. Agent LaMonte conducted a pat-down of John prior to him getting in the car. John consented to the search and it was conducted next to my vehicle on the passenger side by the open car door for the backseat. My assigned patrol vehicle being Midlothian Police Department unit 151 is equipped with a Watchguard video system which captures video to the front (dashcam) and a visible camera in the rear seat which captures audio and video.

While Agent LaMonte was conducting the pat down he located $600.00 on Johns person. A conversation between Agent LaMonte and John which I was present for can be heard from the squad cars rear seat camera. Prior to this conversation John told us that ▮▮▮ was supposed to be coming to bring him "dope" and probably saw us and left. He advised ▮▮▮ is a drug dealer from Robbins but that he could not remember his name.

The following is in summary and not verbatim: The recording captures Agent LaMonte ask John if he was going to use the $600.00 to buy drugs. John responds not all of it that he planned on using it to buy sixty bucks worth. Agent LaMonte asks of what, Crack? and John responds yeah man I told you already. He also advised that the dealer was supposed to show up an hour ago.

John got in the rear of the vehicle with ▮▮▮▮▮. Prior to myself and Agent LaMonte getting in the car they had a brief conversation. The following conversation was captured on the rear seat audio and is in summary not verbatim:

John: I'm Fucked

▮▮▮▮▮ What's wrong, What's going on

John: What's going on they're seizing all the fucking guns, I don't even know where I put the dope at.

▮▮▮▮▮ Well you know its probably in the house, right, they're not here for that though

John: Hopefully they'll pass it by ▮▮▮▮▮ I don't wanna get charged for anything like that dumbass

[redacted]  I don't think they will, just because there not here for that, they know we have problems, its personal use

[redacted]  Somebody call your phone, somebody calling obviously [redacted]?

John: [redacted] its fucking goddamn [redacted]

[redacted]  Shit... I mean if i see the number Ill no , you know what I mean, [redacted] don't know shit i don't know nothing

John: what's [redacted] last name, you know I mean

[redacted]  I think its [redacted]

John: That's what they were saying Last name starts [redacted] from Robbins I was like yep

[redacted]  yeah that's why they call him [redacted]

[redacted]  I haven't seen [redacted] in what like 2 months over a month and a half

John: I put the crack pipe "unintelligible"

[redacted]  three something of crack you didn't even get to hit I'm gonna be fucking pissed off "laughing"

John: I think... I hid the crack under the couch though, Don't know where I put the dope though.

[redacted]  You always forget where you put the dope, house is gonna be flipped though. I'm going to sleep though.

Officer's then enter car. Small talk made while driving to the police station. Agent LaMonte again advises John he's not under arrest he replies I know I'm not under arrest. While I am driving John asks Agent LaMonte "if you did find anything in the house like drug wise can we just leave it there". While not being asked anything John also asked us if we found anything, you found crack didn't you, and states I'm a user not a drug dealer it would be different if I was a fucking drug dealer as we were driving to the Orland Hills Police Department.

Dashcam video containing this exchange was saved and downloaded to DVD. The DVD was verified to play correctly and placed into evidence. Nothing further to report as of this time.

_____

Responsible LEO:

_____

Approved by:

Officer Report for Incident ▮▮▮▮▮▮▮▮ Page 5 of 6

---

Date

08/02/20

Page 5 of 6

## Name Involvements:

**Other:** 16332
- Last: ▮  First: ▮  Mid: ▮
- DOB: ▮  Dr Lic: ▮  Address: ▮
- Race: ▮  Sex: ▮  Phone: ▮  City: ▮

**Offender:** 55541
- Last: SEIWERT  First: JOHN  Mid: P
- DOB: ▮  Dr Lic: ▮  Address: 8830 Golfview
- Race: W  Sex: M  Phone:  City: Orland Park, IL 60462

08/02/20