# Exhibit C

Disk with video footage to be submitted to chambers.