# Exhibit E

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Advice of Rights and Waiver

### Statement of Rights

- You have the right to remain silent.

- Anything you say can be used against you in court.

- You have the right to talk to a lawyer before we ask you any questions and to have a lawyer with you during questioning.

- If you cannot afford a lawyer, one will be appointed for you if you wish before any questioning begins.

- If you decide to answer any questions now without a lawyer present, you have the right to stop answering at any time.

### Waiver

I have read this statement of my rights or it has been read to me, and I understand these rights. At this time I am willing to answer questions without a lawyer present. No promises or threats have been made to me, and no pressure or force of any kind has been used against me.

Signature: _X_ _John Serwolf_ 3.44

Printed Name: _____ 7-30-ᴣ

Witness Signature: _____

Printed Name: ATF LAMonte

Date/Time: 7/30/20 3:44 pM

Note: Previous Editions Are Obsolete

ATF Form 3200.4
Revised September 2005