# Exhibit G

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Report of Investigation**

| Title of Investigation: | Investigation Number: | Report Number: 48 |
|---|---|---|

## SUMMARY OF EVENT:

**INTERVIEWS OF SEIWERT AND** ▇▇▇▇: Investigators conducted non-custodial interviews of John SEIWERT and ▇▇▇▇ at the Orland Hills Police Department.

## NARRATIVE:

1. On July 30, 2020, SA LaMonte and Officer Kickert interviewed SEIWERT and ▇▇▇▇, who voluntarily came with investigators to be interviewed at the Orland Hills Police Department. They were both interviewed separately in an audio/video recorded room. The following are summaries of some of the statements made by SEIWERT and ▇▇▇▇. See the corresponding recordings for a full account of the interviews.

2. SA LaMonte advised SEIWERT of the Miranda Warnings from a pre-printed, which he waived with a signature. SEIWERT stated the following, in summary:

    a. SEIWERT stated ▇▇▇▇ is his girlfriend. He was currently tired because he was up all night cleaning the house. He last used crack cocaine a couple of hours ago, which he ingested at his residence. When SA LaMonte asked if he was alright right now, he replied, "Yeah, I guess." SEIWERT said that since he was approximately 18 years old, he has used both ½ gram of crack cocaine and sniffs ½ gram of heroin every day. He has never tried drugs by use of intravenous needles, although his girlfriend does. In order to pay for his habit, SEIWERT said that ▇▇▇▇ "would spot me for a lot of this shit," meaning give it to him for free, in exchange for favors like doing work around the Kedvale residence. ▇▇▇▇ paid numerous people with drugs to do work around his residence. Since he began using drugs, SEIWERT has only been clean for one year while he previously sought treatment in San Diego, California.

    b. SEIWERT said his sister, ▇▇▇▇, has access to the safe located within the residence. SEIWERT described his phone's password as being the shape of the letter "L." SA LaMonte read the ATF consent to search form. SEIWERT stated his cell phone number was ▇▇▇▇ and signed the consent to search the cell phone.

    c. SA LaMonte showed SEIWERT photographs of ▇▇▇▇ and ▇▇▇▇, both of

| Prepared by: David LaMonte | Title: Special Agent, Chicago III Field Office | Signature: | Date: 08/05/20 |
|---|---|---|---|
| Authorized by: Jorge A. Rosendo | Title: Group Supervisor, Chicago III Field Office | Signature: Digitally signed by JORGE ROSENDO Date: 2020.08.05 17:28:30 -05'00' | Date: August 5, 2020 |
| Second level reviewer (optional): Kristen E. DeTineo | Title: Special Agent in Charge, Chicago Field Division | Signature: | Date: |

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| GERMAN, Dennis L. et al. | 772020-20-0030 | 48 |

Case: 1:20-cr-00443 Document #: 52-7 Filed: 07/06/21 Page 3 of 5 PageID #:134

     which he identified. SA LaMonte showed SEIWERT a photograph of a large sized revolver that SEIWERT previously sent to ▇▇▇▇ in text message. SEIWERT said the leg in the photograph was his and he took the photograph in his bedroom at the Golfview residence.

  d. SA LaMonte read through a series of text messages that were captured during a search of ▇▇▇▇ telephone. SEIWERT answered questions and explained various communications with ▇▇▇▇.

  e. SA LaMonte showed SEIWERT the following digital photo, which SA LaMonte knew to be a photo of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇:

     SA LaMonte retrieved the above-depicted photo from the publicly viewable data associated with Facebook account named ▇▇▇▇▇▇ bearing Facebook account ▇▇▇▇▇▇▇▇▇. SEIWERT stated, "That's the dude" who he knew by the nickname ▇▇▇▇.

  f. SA LaMonte read a text message aloud that SEIWERT received from ▇▇▇▇ on June 29, 2020, at 9:40 AM, in which ▇▇▇▇ accused SEIWERT of leaving "a bag of shit" at his house. SEIWERT stated ▇▇▇▇ was referring to his having left a small bag of drugs on the kitchen counter of the Kedvale residence. SEIWERT stated ▇▇▇▇ was not referring to a firearm and SEIWERT has never brought a firearm to ▇▇▇▇ residence.

  g. SEIWERT stated he has not spoken with ▇▇▇▇ since he has been most recently incarcerated. However, he spoke with ▇▇▇▇ who requested SEIWERT to write an affidavit relating to ▇▇▇▇ possession of the aforementioned firearm. Approximately one week after ▇▇▇▇ was most recently arrested, SEIWERT met with ▇▇▇▇ in ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇ instructed SEIWERT to write an affidavit in which he would say he left the firearm inside ▇▇▇▇ residence.

3. At the end of the interview, SEIWERT waited outside while ▇▇▇▇ came into the room to be interviewed. SA LaMonte again advised her that she was not under arrest, the door was unlocked, and she could leave if he wished to. ▇▇▇▇ told investigators that she was cold so they provided her with a blanket. SA LaMonte advised her of the Miranda Warnings from a pre-printed form, which she waived with a signature. ▇▇▇▇ stated the following, in summary:

  a. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

b. ███

c. ███

d. ███

e. ███

f. ███

g. ███

4. Following the interview of ███, investigators asked SEIWERT to come back inside for a few additional questions. SEIWERT came back into the interview room, where he stated the following, in summary:

   a. SA LaMonte asked SEIWERT again about the photograph of the revolver that was on his leg. SEIWERT stated he sent that picture to ███ because ███ wanted a bigger firearm. However, SEIWERT was not attempting to sell that firearm to ███, but sent that picture to him because he was "just fucking with him."

   b. SEIWERT stated that he and his sister own his father's firearms since his father's passing. SEIWERT estimated there were over 100 firearms inside the residence. He stated that he possessed a shotgun behind the door of his bedroom, which he kept there for protection. SEIWERT described his bedroom as being the one at the end of the upstairs hallway on the right side.

    c. SEIWERT stated he had never been inside ▮▮▮ bedroom and never placed anything inside ▮▮▮ mattress. SEIWERT stated ▮▮▮ kept the door to his bedroom closed all the time.

    d. SEIWERT stated he did not know if ▮▮▮ had a safe.

    e. SEIWERT once saw ▮▮▮ parents at the residence, although he never saw his mom or dad stay overnight at the residence. SEIWERT said that ▮▮▮ told him the Kedvale residence belonged to him.

5. Following the conclusion of the interviews, SEIWERT and ▮▮▮ were seated on a bench in the lobby of the Orland Hills Police Department while Ofc. Kickert stood nearby. SEIWERT stated to Ofc. Kickert, not verbatim, "You guys seriously can't just leave the dope? I'm gonna be sick if I don't get any."

6. A short time later, SA LaMonte, Ofc. Kickert, and Ofc. Joe Janakowski spoke with SEIWERT and ▮▮▮ in the lobby of the Orland Hills Police Department. SA LaMonte advised SEIWERT that he was under arrest for being a drug addict in possession of a firearm. SEIWERT was escorted outside to the front of the police station, where SA LaMonte placed him in handcuffs that were double locked. SEIWERT was placed in the back seat of a caged Midlothian PD vehicle. Ofc. Kickert contacted ▮▮▮ mother to arrange for her to be picked up. Ofc. Kickert and SA LaMonte transported SEIWERT to the Orland Park PD for overnight housing.

7. SA LaMonte secured both SEIWERT and ▮▮▮ cellular telephones at the Orland Park PD for the consent search of those phones to be conducted by Det. Doug Kein on the following day.

8. On the morning of July 31, 2020, SA LaMonte and Ofc. Kickert returned to the Orland Park PD in order to take custody of SEIWERT. While SEIWERT was sitting on a bench in the Orland Park PD lockup area, he stated to Ofc. Kickert, not verbatim, "I'm sick. Can't you guys just give me a little bit? I can't do this." Ofc. Kickert believed SEIWERT's comments to mean that he was feeling the effects of withdrawal from narcotics and requesting investigators to provide him with narcotics. A few minutes later, SA LaMonte returned to the lockup area and SEIWERT stated to him, not verbatim, "Are you sure you can't just leave a little bit behind for me?" SA LaMonte believed SEIWERT was asking him to leave some narcotics behind for him to use.

9. Investigators transported SEIWERT to the U.S. Bureau of Prisons – MCC Chicago, where medical staff administered a COVID-19 test with negative results. He was then transported to custody of the U.S. Marshals Service. Later that same date, SEIWERT attended his initial appearance telephonically and was remanded to custody of the U.S. Marshals Service pending a detention hearing.