UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

JUL 22 2021 SH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 20 CR 443 |
| v. | ) | |
| | ) | Violation: Title 18, United States |
| JOHN P. SEIWERT | ) | Code, Section 922(g)(3) |

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

### SUPERSEDING INDICTMENT

20-cr-443
Judge Robert W. Gettleman
Magistrate Judge Young B. Kim

The SPECIAL JULY 2021 GRAND JURY charges:

On or about July 30, 2020, at Orland Park, in the Northern District of Illinois, Eastern Division,

JOHN P. SEIWERT,

defendant herein, knowing that he was an unlawful user of, and addicted to, a controlled substance, did knowingly possess, in and affecting interstate commerce, a firearm, namely a Ruger Red Hawk .357 Magnum caliber revolver bearing serial number 501-13356, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(3).

1

## **FORFEITURE ALLEGATION**

The SPECIAL JULY 2021 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant JOHN P. SEIWERT shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to one Ruger Red Hawk .357 Magnum caliber revolver bearing serial number 501-13356 and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Scott M. Edenfield on behalf of the
UNITED STATES ATTORNEY